# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-36831 |
| | § | |
| HYPERDYNAMICS CORPORATION | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>12/22/2017</u>.  The undersigned trustee was appointed on <u>12/22/2017</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                    $313,420.55

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $94,516.47 |
| Administrative expenses | $176,072.46 |
| Bank service fees | $1,837.21 |
| Other Payments to creditors | $4,230.51 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $36,763.90 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.   The deadline for filing non-governmental claims in this case was 04/10/2018 and the deadline
     for filing government claims was 06/18/2018. All claims of each class which will receive a
     distribution have been examined and any objections to the allowance of claims have been
     resolved. If applicable, a claims analysis, explaining why payment on any claim is not being
     made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
     $18,921.03.  To the extent that additional interest is earned before case closing, the maximum
     compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of
$18,921.03, for a total compensation of $18,921.03[2].  In addition, the trustee received reimbursement
for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for
expenses of $0.00, for total expenses of $0.00.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing
report is true and correct.

Date: 03/25/2021                         By:    /s/ Ronald J. Sommers
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed
Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| Case No.: | 17-36831-H5-7 |
| Case Name: | HYPERDYNAMICS CORPORATION |
| For the Period Ending: | 3/25/2021 |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Date Filed (f) or Converted (c): | 12/22/2017 (f) |
| §341(a) Meeting Date: | 03/07/2018 |
| Claims Bar Date: | 04/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Funds on Deposit - Amegy Bank | $54.39 | $0.00 | | $0.00 | FA |
| 2 | Security Deposit - CP 1 Wickchester LP | $15,000.00 | $0.00 | | $0.00 | FA |
| 3 | D&O Insurance | $206,186.00 | $180,289.50 | | $180,289.50 | FA |
| 4 | Office Furniture and Fixtures | Unknown | $20,942.11 | | $20,942.11 | FA |
| **Asset Notes:** | Funds received include proceeds for Assets 5 & 6 | | | | | |
| | Personal Property left in the leasehold premises and not sold was abandoned per #39 01/29/18 & #26 01/16/18 | | | | | |
| 5 | Office Equipment | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Funds received are recorded under Asset #4 | | | | | |
| | Personal Property left in the leasehold premises and not sold was abandoned per #39 01/29/18 & #26 01/16/18 | | | | | |
| 6 | Miscelaneous Artwork | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Funds received are recorded under Asset #4 | | | | | |
| | Personal Property left in the leasehold premises and not sold was abandoned per #39 01/29/18 and #26 01/16/18 | | | | | |
| 7 | Corporate Headquarters - Real Property Lease | $0.00 | $0.00 | | $0.00 | FA |
| 8 | eSeis Data Interpretation and Seismic Backup | Unknown | $45,000.00 | | $45,000.00 | FA |
| 9 | Equity in SCS                              (u) | $0.00 | $5,000.00 | | $5,017.06 | FA |
| 10 | Preference Payment from Addison Group      (u) | $0.00 | $10,771.88 | | $10,771.88 | FA |
| 11 | Unused Retainer from CKR Law LLP           (u) | $0.00 | $300.00 | | $300.00 | FA |
| 12 | Settlement with Squire Patton Boggs (US) LLP (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |
| 13 | Settlement with CKR Law LLP                (u) | $0.00 | $31,100.00 | | $31,100.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | |
|---|---|---|---|
| $221,240.39 | $313,403.49 | $313,420.55 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

07/17/2020     TFR was submitted on 04/14/20.  The Trustee has withdrawn the TFR.  Hyperdynamics Corporation is the equity shareholder of SCS Corporation (Case No. 17-36833).  Trustee was appointed in both of the cases.  Trustee submitted the TFR in SCS Corporation on 04/14/20.  It was filed on 06/05/20.  The final distribution in SCS Corporation was made on 07/14/20.  The Trustee then received an unexpected refund of insurance premium in the SCS Corporation case which will pay the claims in full plus interest and have excess funds which will go back to the equity shareholder, Hyperdynamics Corporation.  Once these funds are received, the Trustee will re-submit the TFR.

04/14/2020     TFR SUBMITTED

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2        Exhibit A

| | |
|---|---|
| **Case No.:** | 17-36831-H5-7 |
| **Case Name:** | HYPERDYNAMICS CORPORATION |
| **For the Period Ending:** | 3/25/2021 |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Date Filed (f) or Converted (c):** | 12/22/2017 (f) |
| **§341(a) Meeting Date:** | 03/07/2018 |
| **Claims Bar Date:** | 04/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/15/2019        **Current Projected Date Of Final Report (TFR):**   09/30/2020

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36831-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0335 | | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/25/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2018 | (11) | CKR Law LLP | Unused Retainer (wired on 3/23/18) | | 1129-000 | $300.00 | | $300.00 |
| 03/28/2018 | (4) | Shattuck LLC | #43 02/12/18 / Rpt of Sale #51 03/28/18 Auction Proceeds | | 1129-000 | $20,942.11 | | $21,242.11 |
| 03/28/2018 | 1000 | Shattuck, LLC | #43 02/12/18 Auctioneer Fees & Expenses | | * | | $5,355.74 | $15,886.37 |
| | | | | $(2,855.74) | 3610-000 | | | $15,886.37 |
| | | | | $(2,500.00) | 3620-000 | | | $15,886.37 |
| 03/30/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.46 | $15,881.91 |
| 04/10/2018 | | Snow Spence Green LLP | #47 03/12/18 Sale of Seismic to CLNG, Ltd. | | * | $10,000.00 | | $25,881.91 |
| | {8} | | Rights to HYPD Seismic Data | $5,000.00 | 1129-000 | | | $25,881.91 |
| | {9} | | All of HYPD stock or equity in SCS | $5,000.00 | 1129-000 | | | $25,881.91 |
| 04/11/2018 | | Green Bank | Wire transfer fee charged on 03/26/18 | | 2600-000 | | $10.00 | $25,871.91 |
| 04/17/2018 | (3) | McGriff, Seibels & Williams, Inc. | Insurance Premium Refund | | 1229-000 | $94,848.00 | | $120,719.91 |
| 04/17/2018 | (3) | McGriff, Seibels & Williams, Inc. | Insurance Premium Refund | | 1229-000 | $28,069.00 | | $148,788.91 |
| 04/17/2018 | (3) | McGriff, Seibels & Williams, Inc. | Insuranace Premium Refund | | 1229-000 | $15,155.00 | | $163,943.91 |
| 04/17/2018 | (3) | McGriff, Seibels & Williams, Inc. | Insurance Premium Refund | | 1229-000 | $42,217.50 | | $206,161.41 |
| 04/24/2018 | 1001 | Harris County et al. | #60 04/20/18 Payment | | 4800-000 | | $4,230.51 | $201,930.90 |
| 04/30/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $167.72 | $201,763.18 |
| 05/31/2018 | | Green Bank | Reversing the Wire transfer fee | | 2600-000 | | ($10.00) | $201,773.18 |
| 05/31/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $327.36 | $201,445.82 |
| 06/05/2018 | (10) | Snow Spence Green LLP IOLTA Account | Preference payment from Addison Group | | 1241-000 | $10,771.88 | | $212,217.70 |
| 06/29/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $339.65 | $211,878.05 |
| 07/26/2018 | 1002 | Snow Spence Green LLP | #76 07/26/18 Attorney Fees & Expenses | | * | | $44,114.51 | $167,763.54 |
| | | | | $(34,505.00) | 3210-000 | | | $167,763.54 |
| | | | | $(9,609.51) | 3220-000 | | | $167,763.54 |
| | | | **SUBTOTALS** | | | $222,303.49 | $54,539.95 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36831-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0335 | | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/25/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $330.87 | $167,432.67 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $298.62 | $167,134.05 |
| 09/27/2018 | (12) | Snow Spence Green LLP | #80 09/17/18 Squire Patton Boggs (US) LLP Settlement | 1241-000 | $20,000.00 | | $187,134.05 |
| 10/02/2018 | (13) | Snow Spence Green LLP | #80 09/17/18 CKR Law LLP's Settlement | 1241-000 | $31,100.00 | | $218,234.05 |
| 10/25/2018 | 1003 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Trustee bond | 2300-000 | | $55.92 | $218,178.13 |
| 01/31/2019 | (8) | Snow Spence Green LLP | #47 03/12/18 Sale proceeds from 10% Equity Interest in CLNG | 1229-000 | $40,000.00 | | $258,178.13 |
| 02/25/2019 | 1004 | State of Delaware | Franchise Tax 2018 Fed. EIN #87-0400335 DE File #2402791 | 2990-000 | | $400.00 | $257,778.13 |
| 03/12/2019 | 1005 | Snow Spence Green LLP | #104 03/12/19 Attorney Fees & Expenses | * | | $16,850.40 | $240,927.73 |
| | | | $(12,986.00) | 3210-000 | | | $240,927.73 |
| | | | $(3,864.40) | 3220-000 | | | $240,927.73 |
| 07/29/2019 | 1006 | CP I Wickchester, L.P. | #64 05/02/18 Allowed Administrative Expense Claim | 2410-000 | | $28,671.40 | $212,256.33 |
| 08/14/2019 | | INTERNAL REVENUE SERVICE | Final Distribution on Claim #: ; Amount Claimed: 32,925.31; Amount Allowed: 32,925.31;  Claim #: ; | 5300-000 | | $32,925.31 | $179,331.02 |
| 08/14/2019 | | Internal Revenue Service | Final Distribution on Claim #: ; Amount Claimed: 7,028.06; Amount Allowed: 7,028.06;  Claim #: ; | 5800-000 | | $7,028.06 | $172,302.96 |
| 08/14/2019 | 1007 | Texas Employment Commission | Final Distribution on Claim #: ; Amount Claimed: 2,300.09; Amount Allowed: 2,300.09;  Claim #: ; | 5800-000 | | $2,300.09 | $170,002.87 |
| 08/14/2019 | 1008 | Luis De Rivas | Final Distribution on Claim #: 5; Amount Claimed: 7,828.00; Amount Allowed: 7,828.00;  Claim #: 5; | 5300-003 | | $4,802.47 | $165,200.40 |
| 08/14/2019 | 1009 | Donald E. Rice | Final Distribution on Claim #: 6; Amount Claimed: 8,650.25; Amount Allowed: 8,650.25;  Claim #: 6; | 5300-000 | | $5,306.92 | $159,893.48 |
| 08/14/2019 | 1010 | Jason Davis | Final Distribution on Claim #: 7; Amount Claimed: 7,403.89; Amount Allowed: 7,403.89;  Claim #: 7; | 5300-003 | | $4,542.28 | $155,351.20 |

**SUBTOTALS** $91,100.00  $103,512.34

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-36831-H5-7 | |
| Case Name: | HYPERDYNAMICS CORPORATION | |
| Primary Taxpayer ID #: | **-***0335 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/22/2017 | |
| For Period Ending: | 3/25/2021 | |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******3101 |
| Account Title: | CHK |
| Blanket bond (per case limit): | $6,311,062.50 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/14/2019 | 1011 | Kenneth Allan Nibbelink | Final Distribution on Claim #: 8; Amount Claimed: 11,434.80; Amount Allowed: 11,434.80;  Claim #: 8; | 5300-000 | | $7,015.25 | $148,335.95 |
| 08/14/2019 | 1012 | Brian Payne | Final Distribution on Claim #: 9; Amount Claimed: 5,384.46; Amount Allowed: 5,384.46;  Claim #: 9; | 5300-000 | | $3,303.37 | $145,032.58 |
| 08/14/2019 | 1013 | Stephen F. Barrett | Final Distribution on Claim #: 11; Amount Claimed: 8,561.65; Amount Allowed: 8,561.65;  Claim #: 11; | 5300-000 | | $5,252.58 | $139,780.00 |
| 08/14/2019 | 1014 | Karen Clark | Final Distribution on Claim #: 13; Amount Claimed: 669.50; Amount Allowed: 669.50;  Claim #: 13; | 5300-003 | | $410.74 | $139,369.26 |
| 08/14/2019 | 1015 | Ray Leonard | Final Distribution on Claim #: 14; Amount Claimed: 12,850.00; Amount Allowed: 12,850.00;  Claim #: 14; | 5300-000 | | $7,883.47 | $131,485.79 |
| 08/14/2019 | 1016 | Ronald S Pace | Final Distribution on Claim #: 16; Amount Claimed: 3,197.27; Amount Allowed: 3,197.27;  Claim #: 16; | 5300-000 | | $1,961.53 | $129,524.26 |
| 08/14/2019 | 1017 | Forrest Estep | Final Distribution on Claim #: 17; Amount Claimed: 12,850.00; Amount Allowed: 12,850.00;  Claim #: 17; | 5300-000 | | $7,883.47 | $121,640.79 |
| 08/14/2019 | 1018 | Deborah Johnston | Final Distribution on Claim #: 19; Amount Claimed: 2,425.73; Amount Allowed: 2,425.73;  Claim #: 19; | 5300-000 | | $1,488.18 | $120,152.61 |
| 08/14/2019 | 1019 | Glenn Russell | Final Distribution on Claim #: 20; Amount Claimed: 581.54; Amount Allowed: 581.54;  Claim #: 20; | 5300-000 | | $356.77 | $119,795.84 |
| 08/14/2019 | 1020 | Marie Martinez | Final Distribution on Claim #: 24; Amount Claimed: 3,351.23; Amount Allowed: 3,351.23;  Claim #: 24; | 5300-000 | | $2,055.98 | $117,739.86 |
| 08/23/2019 | 1010 | STOP PAYMENT: Jason Davis | Final Distribution on Claim #: 7; Amount Claimed: 7,403.89; Amount Allowed: 7,403.89;  Claim #: 7; | 5300-004 | | ($4,542.28) | $122,282.14 |
| 08/23/2019 | 1021 | Jason Davis | Final Distribution on Claim #: 7; Amount Claimed: 7,403.89; Amount Allowed: 7,403.89;  Claim #: 7; | 5300-000 | | $4,542.28 | $117,739.86 |
| 08/26/2019 | 1014 | STOP PAYMENT: Karen Clark | Final Distribution on Claim #: 13; Amount Claimed: 669.50; Amount Allowed: 669.50;  Claim #: 13; | 5300-004 | | ($410.74) | $118,150.60 |
| 08/26/2019 | 1022 | Karen Clark | Final Distribution on Claim #: 13; Amount Claimed: 669.50; Amount Allowed: 669.50;  Claim #: 13; | 5300-000 | | $410.74 | $117,739.86 |
| | | SUBTOTALS | | | $0.00 | $37,611.34 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 17-36831-H5-7 | | | Trustee Name: | Ronald J. Sommers | |
| Case Name: | HYPERDYNAMICS CORPORATION | | | Bank Name: | Veritex Community Bank | |
| Primary Taxpayer ID #: | **-***0335 | | | Checking Acct #: | ******3101 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK | |
| For Period Beginning: | 12/22/2017 | | | Blanket bond (per case limit): | $6,311,062.50 | |
| For Period Ending: | 3/25/2021 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2019 | 1023 | Snow Spence Green LLP | #186 09/03/19 Attorney Fees & Expenses | * | | $48,089.17 | $69,650.69 |
| | | | $(29,932.50) | 3210-000 | | | $69,650.69 |
| | | | $(18,156.67) | 3220-000 | | | $69,650.69 |
| 10/01/2019 | 1024 | William G. West, CPA | #194 09/27/18 Accountant Fees & Expenses | * | | $32,514.67 | $37,136.02 |
| | | | $(32,192.00) | 3410-000 | | | $37,136.02 |
| | | | $(322.67) | 3420-000 | | | $37,136.02 |
| 10/10/2019 | 1025 | International Sureties, Ltd. | Pro Rate Portion of Chapter 7 Trustee Bond | 2300-000 | | $20.65 | $37,115.37 |
| 11/13/2019 | 1008 | STOP PAYMENT: Luis De Rivas | Final Distribution on Claim #: 5; Amount Claimed: 7,828.00; Amount Allowed: 7,828.00;  Claim #: 5; | 5300-004 | | ($4,802.47) | $41,917.84 |
| 11/13/2019 | 1026 | Luis De Rivas | Final Distribution on Claim #: 5; Amount Claimed: 7,828.00; Amount Allowed: 7,828.00;  Claim #: 5; | 5300-000 | | $4,802.47 | $37,115.37 |
| 01/31/2020 | | INTERNAL REVENUE SERVICE | This entry is reversing the IRS bank debit entry made on 8/14/2019 so a check can be written | 5300-000 | | ($32,925.31) | $70,040.68 |
| 01/31/2020 | | Internal Revenue Service | This entry is reversing the IRS bank debit entry made on 8/14/2019 so a check can be written | 5800-000 | | ($7,028.06) | $77,068.74 |
| 04/07/2020 | 1027 | INTERNAL REVENUE SERVICE | Final Distribution on Claim #: ; Amount Claimed: 32,925.31; Amount Allowed: 32,925.31; Claim #: | 5300-000 | | $32,925.31 | $44,143.43 |
| 04/07/2020 | 1028 | Internal Revenue Service | Final Distribution on Claim #: ; Amount Claimed: 7,028.06; Amount Allowed: 7,028.06;  Claim #: ; | 5800-000 | | $7,028.06 | $37,115.37 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $128.37 | $36,987.00 |
| 11/06/2020 | (9) | SCS Corporation, LTD | Shareholder's equity | 1129-000 | $17.06 | | $37,004.06 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $116.17 | $36,887.89 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $123.99 | $36,763.90 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $123.79 | $36,640.11 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $111.63 | $36,528.48 |
| 03/25/2021 | | Veritex Community Bank | Reverse of January and February bank charges | 2600-000 | | ($235.42) | $36,763.90 |
| | | | **SUBTOTALS** | | $17.06 | $80,993.02 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-36831-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0335 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/25/2021 | Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $313,420.55 | $276,656.65 | $36,763.90 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $313,420.55 | $276,656.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $313,420.55 | $276,656.65 | |

**For the period of 12/22/2017 to 3/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $313,420.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,420.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $276,656.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $276,656.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/26/2018 to 3/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $313,420.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,420.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $276,656.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $276,656.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36831-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0335 | | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/25/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $313,420.55 | $276,656.65 | $36,763.90 |

**For the period of 12/22/2017 to 3/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $313,420.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,420.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $276,656.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $276,656.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/22/2017 to 3/25/2021**

| | |
|---|---|
| Total Compensable Receipts: | $313,420.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,420.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $276,656.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $276,656.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

**CLAIM ANALYSIS REPORT**   Exhibit C

| | | |
|---|---|---|
| Case No.: | 17-36831-H5-7 | Trustee Name: Ronald J. Sommers |
| Case Name: | HYPERDYNAMICS CORPORATION | Date: 3/25/2021 |
| Claims Bar Date: | 04/10/2018 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RONALD J. SOMMERS<br><br>2800 POST OAK BLVD<br>61st Floor<br>Houston TX 77056 | 08/14/2019 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $18,921.03 | $18,921.03 | $0.00 | $0.00 | $0.00 | $18,921.03 |
| 1 | HARRIS COUNTY ET AL.<br><br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston  77253-3064 | 01/08/2018 | SECURED | Withdrawn | 4800-000 | $0.00 | $4,230.51 | $0.00 | $4,230.51 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | #102 02.15.19 - Withdrawn | | | | | | | | | | | |
| 5 | LUIS DE RIVAS<br><br>125 Arrow Wood St.<br>Lake Jackson TX 77566 | 02/01/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $14,832.02 | $7,828.00 | $7,828.00 | $4,802.47 | $0.00 | $3,025.53 | $0.00 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 6 | DONALD E. RICE<br><br>14430 Twisted Oak<br>Houston TX 77079 | 02/01/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $15,358.59 | $8,650.25 | $8,650.25 | $5,306.92 | $0.00 | $3,343.33 | $0.00 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 7 | JASON DAVIS<br><br>1433 W. 23rd, Unit D<br>Houston TX 77008 | 02/05/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $12,692.32 | $7,403.89 | $7,403.89 | $4,542.28 | $0.00 | $2,861.61 | $0.00 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 8 | KENNETH ALLAN NIBBELINK<br>647 Meadowbrook Circle<br>Steamboat Springs CO 80467 | 02/12/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $0.00 | $11,434.80 | $11,434.80 | $7,015.25 | $0.00 | $4,419.55 | $0.00 |
| 9 | BRIAN PAYNE<br><br>5821 Charlotte Street<br>Houston TX 77005 | 02/13/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $9,231.00 | $5,384.46 | $5,384.46 | $3,303.37 | $0.00 | $2,081.09 | $0.00 |
| 11 | STEPHEN F. BARRETT<br><br>C/O Stephen F Barrett<br>1306 Kristi Dr.<br>Houston TX 77055 | 02/22/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $12,500.00 | $8,561.65 | $8,561.65 | $5,252.58 | $0.00 | $3,309.07 | $0.00 |

Exhibit C

**CLAIM ANALYSIS REPORT**

| Case No. | 17-36831-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | Date: | 3/25/2021 |
| Claims Bar Date: | 04/10/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | KAREN CLARK<br>423 Sunny Springs Ln<br>Knoxville TN 37922 | 02/26/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $669.50 | $669.50 | $669.50 | $410.74 | $0.00 | $258.76 | $0.00 |
| 14 | RAY LEONARD<br>5008 Palmetto Street<br>Bellaire TX 77401 | 03/01/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $63,846.17 | $12,850.00 | $12,850.00 | $7,883.47 | $0.00 | $4,966.53 | $0.00 |
| 16 | RONALD S PACE<br>5010 Plantation Colony Dr<br>Sugarland TX 77478 | 03/08/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $5,663.46 | $3,197.27 | $3,197.27 | $1,961.53 | $0.00 | $1,235.74 | $0.00 |
| Claim Notes: | #152 05.20.19 Amount changed | | | | | | | | | | | |
| 17 | FORREST ESTEP<br>6 Acadia Branch Place<br>The Woodlands TX 77382 | 03/14/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $38,653.85 | $12,850.00 | $12,850.00 | $7,883.47 | $0.00 | $4,966.53 | $0.00 |
| Claim Notes: | #148 05.20.19 Amount changed | | | | | | | | | | | |
| 19 | DEBORAH JOHNSTON<br>3907 Bailey Lane<br>Missouri City TX 77459 | 03/26/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $4,015.38 | $2,425.73 | $2,425.73 | $1,488.18 | $0.00 | $937.55 | $0.00 |
| Claim Notes: | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 20 | GLENN RUSSELL<br>18107 Partridge Green Ct.<br>Houston TX 77084 | 03/26/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $581.54 | $581.54 | $581.54 | $356.77 | $0.00 | $224.77 | $0.00 |
| 24 | MARIE MARTINEZ<br>9797 Leawood Blvd. #1105<br>Houston TX 77099 | 04/09/2018 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $6,417.69 | $3,351.23 | $3,351.23 | $2,055.98 | $0.00 | $1,295.25 | $0.00 |
| Claim Notes: | (24-1) unpaid days worked; unused vacation days<br>#151 05.20.19 Amount changed | | | | | | | | | | | |
| | INTERNAL REVENUE SERVICE | 08/14/2019 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $7,028.06 | $7,028.06 | $7,028.06 | $0.00 | $0.00 | $0.00 |
| | TEXAS EMPLOYMENT COMMISSION | 08/14/2019 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $2,300.09 | $2,300.09 | $2,300.09 | $0.00 | $0.00 | $0.00 |
| 3 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN TX 78778-0001 | 01/30/2018 | 507(A) 8 -- TAXES | Withdrawn | 5800-000 | $0.00 | $2,532.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | #53 - Claim Withdrawn 04.02.18 | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 3                    Exhibit C

| | | |
|---|---|---|
| Case No. | 17-36831-H5-7 | Trustee Name: Ronald J. Sommers |
| Case Name: | HYPERDYNAMICS CORPORATION | Date: 3/25/2021 |
| Claims Bar Date: | 04/10/2018 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $4,577.32 | $4,577.32 | $0.00 | $0.00 | $0.00 | $4,577.32 |
| | TEXAS EMPLOYMENT COMMISSION | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,498.04 | $1,498.04 | $0.00 | $0.00 | $0.00 | $1,498.04 |
| 2 | BROADRIDGE FINANCIAL SOLUTIONS 1155 Long Island Avenue Edgewood NY 11717 | 01/26/2018 | UNSECURED | Allowed | 7100-000 | $28,138.63 | $28,138.63 | $28,138.63 | $0.00 | $0.00 | $0.00 | $28,138.63 |
| 4 | MERRILL CORPORATION On Merrill Circle PAUL MN 55108 | 01/30/2018 | UNSECURED | Allowed | 7100-000 | $204,450.88 | $272,610.94 | $272,610.94 | $0.00 | $0.00 | $0.00 | $272,610.94 |
| 5a | LUIS DE RIVAS 2906 Cumberland Drive Missouri City TX 77549 | 02/01/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $7,004.00 | $7,004.00 | $0.00 | $0.00 | $0.00 | $7,004.00 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 6a | DONALD E. RICE 14430 Twisted Oak Houston TX 77079 | 02/01/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $6,688.50 | $6,688.50 | $0.00 | $0.00 | $0.00 | $6,688.50 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 7a | JASON DAVIS 1433 W. 23rd, Unit D Houston TX 77008 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,288.50 | $5,288.50 | $0.00 | $0.00 | $2,044.00 | $3,244.50 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 8a | KENNETH ALLAN NIBBELINK 647 Meadowbrook Circle Steamboat Springs CO 80467 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $9,488.50 | $9,488.50 | $0.00 | $0.00 | $3,667.30 | $5,821.20 |
| 9a | BRIAN PAYNE 5821 Charlotte Street Houston TX 77005 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,846.00 | $3,846.00 | $0.00 | $0.00 | $1,486.48 | $2,359.52 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 10 | COSIMO VITALE 22700 Francis Street Saint Clair Shores MI 48082 | 02/21/2018 | UNSECURED | Disallowed | 7100-000 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     #155 05/20/19-Disallowed

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 17-36831-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | Date: | 3/25/2021 |
| Claims Bar Date: | 04/10/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11a | STEPHEN F. BARRETT<br>C/O Stephen F Barrett<br>1306 Kristi Dr.<br>Houston TX 77055 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,767.12 | $3,767.12 | $0.00 | $0.00 | $1,455.99 | $2,311.13 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 12 | GUI-SERVICES SARL<br>Sandervalia, Conakry, Republic of Guinea<br>Conakry 00 00000 | 02/26/2018 | UNSECURED | Disallowed | 7100-000 | $0.00 | $4,395.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | #147 5.20.19 - Disallowed | | | | | | | | | | | |
| 15 | RAYMOND C. LEONARD<br>5008 Palmetto Street<br>Bellaire TX 77401-3148 | 03/01/2018 | UNSECURED | Allowed | 7100-000 | $0.00 | $400,000.00 | $400,000.00 | $0.00 | $0.00 | $0.00 | $400,000.00 |
| 16a | RONALD S PACE<br>5010 Plantation Colony Dr<br>Sugarland TX 77478 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,466.50 | $2,466.50 | $0.00 | $0.00 | $953.30 | $1,513.20 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 17a | FORREST ESTEP<br>6 Acadia Branch Place<br>The Woodlands TX 77382 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $25,803.69 | $25,803.69 | $0.00 | $0.00 | $9,973.12 | $15,830.57 |
| **Claim Notes:** | #148 05.20.19 Amount changed | | | | | | | | | | | |
| 18 | CKR LAW LLP<br>1330 Ave. of the Americas<br>New York NY 10019 | 03/19/2018 | UNSECURED | Withdrawn | 7100-000 | $23,675.82 | $84,655.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | #141 04.26.19 - Withdrawn | | | | | | | | | | | |
| 19a | DEBORAH JOHNSTON<br>3907 Bailey Lane<br>Missouri City TX 77459 | 06/10/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,756.50 | $1,756.50 | $0.00 | $0.00 | $678.88 | $1,077.62 |
| **Claim Notes:** | #172 07/17/18 - Allowed amount | | | | | | | | | | | |
| 21 | AIG PROPERTY CASUALTY, INC., ATTN: KEVIN J. LARNER | 04/06/2018 | UNSECURED | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | #145 5.20.19 - Disallowed | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**                                                                                    Exhibit C

| Case No. | 17-36831-H5-7 | | | | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|---|---|---|
| Case Name: | HYPERDYNAMICS CORPORATION | | | | | | Date: | 3/25/2021 |
| Claims Bar Date: | 04/10/2018 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ICM COTE D'IVOIRE SA<br><br>348C Rue des Petrollers, ZI Vridi<br>Abidjan, CI | 04/06/2018 | UNSECURED | Disallowed | 7100-000 | $0.00 | $144,829.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   #149 5.20.19 - Disallowed

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | M-FILES, INC.<br><br>c/o Alex F. Mattera, Demeo LLP<br>200 State Street<br>Boston MA 02109 | 04/06/2018 | UNSECURED | Allowed | 7100-000 | $10,651.80 | $7,101.20 | $7,101.20 | $0.00 | $0.00 | $0.00 | $7,101.20 |
| 24a | MARIE MARTINEZ<br><br>9797 Leawood Blvd. #1105<br>Houston TX 77099 | 08/14/2019 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,066.00 | $3,066.00 | $0.00 | $0.00 | $1,185.01 | $1,880.99 |

**Claim Notes:**   #172 07/17/18 - Allowed amount

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CP I WICKCHESTER, L.P.<br><br>c/o Patricia B. Tomasco<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston TX 77010 | 04/10/2018 | UNSECURED | Allowed | 7100-000 | $34,057.50 | $440,759.84 | $440,759.84 | $0.00 | $0.00 | $0.00 | $440,759.84 |

**Claim Notes:**   (25-1) Debtor was a tenant under a non-residential real property lease

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | NOORDZEE<br>HELIKOPTERS<br>VLAANDEREN, NV<br>Kalkaertstraat 101<br>8400 Oostende, Belgium | 04/10/2018 | UNSECURED | Withdrawn | 7100-000 | $0.00 | $1,076,936.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim Withdrawn #90 12.19.2018
(26-1) Services performed.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | PACIFIC SCIROCCO LTD.<br><br>c/o Mark Stich<br>11700 Katy Freeway, Suite 175<br>Houston TX 77079 | 04/10/2018 | UNSECURED | Withdrawn | 7100-000 | $0.00 | $2,571,362.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (27-1) Services rendered
#27 04.09.19 - Withdrawn

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 17-36831-H5-7 | | | | | | Trustee Name: | Ronald J. Sommers | | | |
| Case Name: | HYPERDYNAMICS CORPORATION | | | | | | Date: | 3/25/2021 | | | |
| Claims Bar Date: | 04/10/2018 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | OBT SHIPPING GUYNEA SA<br>Martin F. H. Anderson<br>38 Rungsted Havn<br>Rungsted Denmark | 04/10/2018 | UNSECURED | Withdrawn | 7100-000 | $0.00 | $418,072.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim Withdrawn #98 01.22.2019

| 29 | SOGEAC<br>Conakry Gbessia Airport<br>Conakry Guinea | 04/16/2018 | UNSECURED | Disallowed | 7100-000 | $0.00 | $806,227.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** #154 5.20.19 - Disallowed

| 30 | CKR LAW, LLP<br>Edward L. Schnitzer<br>1330 Avenue of Americas<br>New York NY 10019 | 06/10/2020 | UNSECURED | Allowed | 7100-000 | $31,100.00 | $31,100.00 | $31,100.00 | $0.00 | $0.00 | $0.00 | $31,100.00 |

**Claim Notes:** #80 09/1718 - Settlement allows for an unsecured claim in the amount of $31,100.00.

| | | | | | | $6,484,140.31 | $1,368,398.78 | $65,821.67 | $0.00 | $54,369.39 | $1,252,438.23 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| **Case No.** | 17-36831-H5-7 |
| **Case Name:** | HYPERDYNAMICS CORPORATION |
| **Claims Bar Date:** | 04/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Date:** | 3/25/2021 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $18,921.03 | $18,921.03 | $0.00 | $0.00 | $0.00 | $18,921.03 |
| 507(A) 4 -- WAGE | $85,188.32 | $85,188.32 | $52,263.01 | $0.00 | $32,925.31 | $0.00 |
| 507(A) 8 -- TAXES | $11,860.58 | $9,328.15 | $9,328.15 | $0.00 | $0.00 | $0.00 |
| SECURED | $4,230.51 | $0.00 | $4,230.51 | $0.00 | $0.00 | $0.00 |
| UNSECURED | $6,363,939.87 | $1,254,961.28 | $0.00 | $0.00 | $21,444.08 | $1,233,517.20 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      17-36831
Case Name:   HYPERDYNAMICS CORPORATION
Trustee Name:   Ronald J. Sommers

Balance on hand:            $36,763.90

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:            $36,763.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Ronald J. Sommers, Trustee Fees | $18,921.03 | $0.00 | $18,921.03 |
| Snow Spence Green LLP, Attorney for Trustee Fees | $77,423.50 | $77,423.50 | $0.00 |
| Snow Spence Green LLP, Attorney for Trustee Expenses | $31,630.58 | $31,630.58 | $0.00 |
| William G. West, CPA, Accountant for Trustee Fees | $32,192.00 | $32,192.00 | $0.00 |
| William G. West, CPA, Accountant for Trustee Expenses | $322.67 | $322.67 | $0.00 |
| Shattuck, LLC, Auctioneer for Trustee Fees | $2,855.74 | $2,855.74 | $0.00 |
| Shattuck, LLC, Auctioneer for Trustee Expenses | $2,500.00 | $2,500.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:            $18,921.03
Remaining balance:            $17,842.87

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:            $0.00
Remaining balance:            $17,842.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $85,188.32 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 5 | Luis De Rivas | $7,828.00 | $8,685.18 | $0.00 |
| 6 | Donald E. Rice | $8,650.25 | $9,597.46 | $0.00 |
| 7 | Jason Davis | $7,403.89 | $8,214.62 | $0.00 |
| 8 | Kenneth Allan Nibbelink | $11,434.80 | $12,686.91 | $0.00 |
| 9 | Brian Payne | $5,384.46 | $5,974.06 | $0.00 |
| 11 | Stephen F. Barrett | $8,561.65 | $9,499.14 | $0.00 |
| 13 | Karen Clark | $669.50 | $742.82 | $0.00 |
| 14 | Ray Leonard | $12,850.00 | $14,257.08 | $0.00 |
| 16 | Ronald S Pace | $3,197.27 | $3,547.37 | $0.00 |
| 17 | Forrest Estep | $12,850.00 | $14,257.08 | $0.00 |
| 19 | Deborah Johnston | $2,425.73 | $2,691.34 | $0.00 |
| 20 | Glenn Russell | $581.54 | $645.22 | $0.00 |
| 24 | Marie Martinez | $3,351.23 | $3,718.19 | $0.00 |

Total to be paid to priority claims:      $0.00
Remaining balance:      $17,842.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,254,961.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Broadridge Financial Solutions | $28,138.63 | $0.00 | $400.07 |
| 4 | MERRILL Corporation | $272,610.94 | $0.00 | $3,875.95 |
| 5a | Luis De Rivas | $7,004.00 | $0.00 | $99.58 |
| 6a | Donald E. Rice | $6,688.50 | $0.00 | $95.10 |
| 7a | Jason Davis | $5,288.50 | $0.00 | $75.19 |
| 8a | Kenneth Allan Nibbelink | $9,488.50 | $0.00 | $134.91 |

| 9a | Brian Payne | $3,846.00 | $0.00 | $54.68 |
|---|---|---|---|---|
| 11a | Stephen F. Barrett | $3,767.12 | $0.00 | $53.56 |
| 15 | Raymond C. Leonard | $400,000.00 | $0.00 | $5,687.15 |
| 16a | Ronald S Pace | $2,466.50 | $0.00 | $35.07 |
| 17a | Forrest Estep | $25,803.69 | $0.00 | $366.87 |
| 19a | Deborah Johnston | $1,756.50 | $0.00 | $24.97 |
| 23 | M-Files, Inc. | $7,101.20 | $0.00 | $100.96 |
| 24a | Marie Martinez | $3,066.00 | $0.00 | $43.59 |
| 25 | CP I Wickchester, L.P. | $440,759.84 | $0.00 | $6,266.66 |
| 30 | CKR Law, LLP | $31,100.00 | $0.00 | $442.18 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $332.90 | $0.00 | $4.74 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | $804.49 | $0.00 | $11.44 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | $3,439.93 | $0.00 | $48.90 |
| | TEXAS EMPLOYMENT COMMISSION State Unemployment (Employer) | $1,498.04 | $0.00 | $21.30 |

Total to be paid to timely general unsecured claims:  $17,842.87
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:            $0.00
Remaining balance:            $0.00